# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 611 EAL 2014
:
                    Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
          v. :
:
:
:
DONTE MCCALLISTER, :
:
                  Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.